No. 472. United Railroad Operating Crafts et al. *v.* Wyer, Trustee, et al. C. A. 2d Cir. Certiorari denied. Mr. Justice Reed and Mr. Justice Jackson are of the opinion certiorari should be granted. *Edward J. Fruchtman* and *Richard F. Watt* for petitioners. *William J. O'Brien* for Wyer; *Edward R. Brumley* for the New York, New Haven & Hartford Railroad Co.; *Shad Polier, Millard L. Midonick, Clifford D. O'Brien* and *Ruth Weyand* for the Brotherhood of Locomotive Engineers, and *Mr. Polier, Mr. Midonick, Harold C. Heiss* and *Russell B. Day* for the Brotherhood of Locomotive Firemen and Enginemen; and *Bernard L. Alderman* for the Brotherhood of Railroad Trainmen, respondents.

No. 513. United Railroad Operating Crafts et al. *v.* Northern Pacific Railway Co. et al. C. A. 9th Cir. Certiorari denied. Mr. Justice Reed and Mr. Justice Jackson are of the opinion certiorari should be granted. *Clifford Hoof* for petitioners. *M. L. Countryman, Jr.* for the Northern Pacific Railway Co.; and *DeWitt Williams* for the Brotherhood of Railroad Trainmen, respondents.

No. 548. United Railroad Operating Crafts et al. *v.* Pennsylvania Railroad Co. et al. C. A. 7th Cir. Certiorari denied. Mr. Justice Reed and Mr. Justice Jackson are of the opinion certiorari should be granted. *Edward J. Fruchtman* and *Richard F. Watt* for petitioners. *Melvin L. Griffith* and *Edward B. Henslee* for the Brotherhood of Railroad Trainmen, respondent.

No. 108, Misc. Farro *v.* United States. C. A. 2d Cir. Certiorari denied. *Peter L. F. Sabbatino* for petitioner. *Acting Solicitor General Stern, Assistant Attor-*

*ney General Olney, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 210, Misc. JOHNSON *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied. Petitioner *pro se. Latham Castle,* Attorney General of Illinois, and *William C. Wines,* Assistant Attorney General, for respondent.

No. 272, Misc. VALYKEO *v.* WEST VIRGINIA ET AL. Supreme Court of Appeals of West Virginia. Certiorari denied. Petitioner *pro se. John G. Fox,* Attorney General of West Virginia, and *T. D. Kauffelt,* Assistant Attorney General, for respondents.

No. 317, Misc. PENNSYLVANIA EX REL. HAINES *v.* BURKE, WARDEN. Supreme Court of Pennsylvania, Eastern District. Certiorari denied. *Conrad G. Moffett* for petitioner.

No. 329, Misc. REED *v.* CRANOR, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit and the United States District Court for the Eastern District of Washington denied.

No. 379, Misc. WOOLFORD *v.* WARDEN, MARYLAND HOUSE OF CORRECTION. Supreme Bench of Baltimore City, Maryland. Certiorari denied.

No. 401, Misc. TRIPP *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 403, Misc. KLINEDINST *v.* TEXAS. Court of Criminal Appeals of Texas. Certiorari denied.